AO 91 (Rev. 11/11) Criminal Complaint

**UNITED STATES DISTRICT COURT**
for the
Southern District of Texas

FILED
AUG 20 2020
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Oziel Cantu<br>YOB: 1974/USC | ) ) ) ) ) ) ) )  Case No. M-20-1593-M |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __08/19/2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 201 | Bribery of Public Officials and Witnesses |

This criminal complaint is based on these facts:

See Attached Affidavit of probable cause

See Attachment A

☑ Continued on the attached sheet.

/S/ Danny Cantu
*Complainant's signature*

Danny Cantu, Special Agent, DHS OIG
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and proable cause found on:

Approved by AUSA Frances Blake

Date: 8/20/20 - 3:23 p.m.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

On June 9, 2020, the Department of Homeland Security ("DHS"), Office of Inspector General ("OIG"), initiated a joint investigation with Customs and Border Protection, Office of Professional Responsibility ("OPR"), regarding a law enforcement officer facilitating the importation of illegal narcotics from Mexico into the United States in exchange for a monetary payment. The individual was later identified as Customs and Border Protection Officer ("CBPO") Oziel Cantu, at the Pharr Port of Entry ("POE").

On August 12, 2020, CBPO Oziel Cantu contacted DHS OIG undercover agent ("UCA-1") via WhatsApp and requested a meeting. On August 17, 2020 and on August 18, 2020, UCA-1 met with CBPO Oziel Cantu. During the meetings, CBPO Oziel Cantu discussed smuggling narcotics from Mexico into the United States through the Pharr POE. CBPO Oziel Cantu stated that in exchange for cash payment of $15,000.00, he would assist a vehicle concealed with 40 kilograms of cocaine make entry into the United States through the Pharr POE. CBPO Oziel Cantu told UCA-1 to have the vehicle containing narcotics make entry into the United States through the Pharr POE in the early morning of August 19, 2020. UCA-1 advised CBPO Oziel Cantu that the drug laden vehicle would be a white Chevrolet Silverado and the driver would place a red hardhat on the dashboard near the driver side. CBPO Oziel Cantu told UCA-1 he would provide instructions via WhatsApp regarding the method and the time the vehicle needed to make entry on August 19, 2020.

On August 19, 2020, at approximately 5:39 a.m., CBPO Oziel Cantu instructed UCA-1 that the vehicle containing narcotics was going to be clear to pass inspection at the Pharr POE. A few minutes later, at approximately 5:46 a.m., CBPO Oziel Cantu further instructed that 3 inspection lanes would be open and that the vehicle carrying narcotics needed to proceed through inspection lane 1 as soon as the Pharr POE was open. Shortly thereafter, an undercover agent ("UCA-2"), driving a white Chevrolet Silverado concealing 10 bricks of sham cocaine, weighing approximately 11.35 kilograms, made entry into the United States at the Pharr POE through inspection lane 1.

On August 19, 2020, at approximately 4:10 p.m., CBPO Oziel Cantu met with UCA-1. During this meeting, CBPO Oziel Cantu collected the $15,0000.00 cash payment for facilitating the narcotics making entry into the United States.